947 A.2d 724

**CONSTRUCTO TEMPS, INC. and Workers' Compensation Security Fund**

v.

**WORKERS' COMPENSATION APPEAL BOARD (Gregory Tennant)**

**Appeal of Gregory Tennant.**

Supreme Court of Pennsylvania.

Argued March 3, 2008.

Decided May 30, 2008.

---

Gary D. Monaghan, Esq., Monaghan & Monaghan, L.L.P., Uniontown, for Gregory Tennant.

Amber Marie Kenger, Esq., Richard C. Lengler, Esq., Workers Compensation Appeal Board, Harrisburg, for Workers' Compensation Appeal Board.

Karen M. Balaban, Esq., for Constructo Temps, Inc.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of May, 2008, the Order of the Commonwealth Court is **AFFIRMED.**

Further, Appellees' Motion to Strike Portions of Appellant's Brief is **GRANTED.**